**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

-     Plaintiff,                                  Case No. 06-10418

vs.                                           Honorable: Robert H. Cleland

VICTOR A. ERTELL,                 Claim Number: 1998A12296
SS# XXX-XX-2807
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **SECURITAS SECURITY SERVICES INC.** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 21, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2008, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522