UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff

-v-

VICTOR A. ERTELL

                              Defendant

and

SECURITAS SECURITY SERVICES, INC.

                              Garnishee

Case Number 06-10418
Hon. Robert H. Cleland

**ORDER RESOLVING DEFENDANT'S REQUEST FOR HEARING**

A Writ of Continuing Garnishment directed to Garnishee, Securitas Security Services, Inc., having been duly issued and served upon said Garnishee; and Garnishee having filed an Answer stating that at the time of the service of the Writ it had in its possession, or under its control, personal property belonging and due to Defendant; and Defendant having filed a Request for Hearing regarding the Writ of Continuing Garnishment; and a hearing having been held on December 7, 2011, wherein Plaintiff and Defendant appeared and placed a resolution on the record; now therefore:

**IT IS HEREBY ORDERED** that Defendant's objections to the Writ of Continuing Garnishment are moot by virtue of the resolution reached by Plaintiff and Defendant;

**IT IS FURTHER ORDERED** that commencing with Defendant's next scheduled pay period on or about December 22, 2011, Garnishee, Securitas Security Services, Inc., shall withhold from each of Defendant's bi-weekly pay checks the sum of $60.00, and shall remit same to the United States Department of Justice;

**IT IS FURTHER ORDERED** that Garnishee, Securitas Security Services, Inc., shall withhold and remit funds as set forth in this Order until such time as the Judgment entered in this matter is satisfied in full, or until further order of this Court.


Dated:  _12/12/11                                              s/Robert H. Cleland
                                                                         **ROBERT H. CLELAND
                                                                         U.S. DISTRICT COURT JUDGE**